Jennie Fisher, Appellant, v. Prudential Insurance Company of America and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Frances Frey, Respondent, v. Frederick August Schieffer, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

David J. Hickey, Appellant, v. Martin Roache, as President, etc., Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Herbert C. Jones, Appellant, v. William De Leftwich Dodge, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Winfield S. Overton, Appellant, v. George Wyatt, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Ksawery Polkowski, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Union Bank of Brooklyn, Respondent, v. Leo Schlesinger, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Richard S. White and Others, Appellants, v. The Maryland Casualty Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Andrew Batchelor, an Infant, etc., Respondent, v. Degnon Realty and Terminal Improvement Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Fred Bauer, Respondent, v. Augusta Ambs, Appellant.— Motion to dismiss appeal denied, on condition that the appellant pay the respondent ten dollars costs, perfect her appeal, place the case on the March calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J. Hirschberg, Burr, Woodward and Rich, JJ.